Megan K. Houlihan, OSB No. 161273
  Direct Dial: 503.802.2184
  Direct Fax: 503.274.8779
  Email: meg.houlihan@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204
    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FLORENCE NEWTON MERLO, Successor Trustee of the HARRY A. MERLO TRUST,**<br><br>Plaintiff,<br><br>v.<br><br>**JON BRIAN BUSHLACH,** and **AMY BUSHLACH,** husband and wife, and the marital community comprised thereof,<br><br>Defendants. | Civil No. 3:18-cv-00643-BR<br><br>**ORDER AWARDING ATTORNEY FEES AND COSTS** |

## ORDER AWARDING ATTORNEY FEES AND COSTS

NOW, upon Plaintiff's Motion for Attorney Fees and Bill of Costs; and the Court having considered all briefing with respect to said motion, as supported by the Declaration of Megan Houlihan; for the reasons set forth in the Plaintiff's briefing, which are adopted by this Court and incorporated by reference,

PAGE 1 - ORDER AWARDING ATTORNEY FEES AND COSTS

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff is granted an award of its reasonable attorney's fees to be paid by Defendants, with joint and several liability for such payment, in the amount of [$14,555.00], as well as the reasonable costs and disbursements set forth in Plaintiff's Bill of Costs in the amount of [$555.00].

Dated: *August 21, 2018*

*[signature]*
The Honorable Judge Anna J. Brown

SUBMITTED BY:

Megan K. Houlihan, OSB No. 161273
meg.houlihan@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

*Attorneys for Plaintiff Florence Newton Merlo,
Successor Trustee of the Harry A. Merlo Trust*